IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SABRINA ANN WAGONER                                         PLAINTIFF

     v.                      CIVIL NO. 12-2226

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                              DEFENDANT

**O R D E R**

    Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. ECF Nos. 1, 2. The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

    The application indicates that Plaintiff is employed by TEC Staffing. It does not, however, indicate Plaintiff's weekly or monthly income. She has also indicated that she owns a home jointly with her husband, but does not provide the Court with any information concerning her spouse's income. Without this information, the Court cannot rule on Plaintiff's application. Accordingly, Plaintiff is directed to file an amended application indicating her monthly income and the income of her spouse on or before October 22, 2012. Should Plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

    IT IS SO ORDERED this 3rd day of October 2012.

                                                    /s/ *J. Marschewski*
                                                  HON. JAMES R. MARSCHEWSKI
                                                  CHIEF U.S. MAGISTRATE JUDGE